ORDERED UNSEALED on 05/11/2022   s/ dominicf



FILED
May 05 2022
2:17 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

~~SEALED~~
s/ dominicf

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '22 CR1031 CAB |
|---|---|
| v. | I N D I C T M E N T |
| JORGE EMMANUEL BOJORQUEZ DE LA CRUZ (1), LUIGGE ALEXANDER COTA (2), MIGUEL BACILIO-GONZALEZ (3), KELLON CHRISTOPHER MCCAW (4), TRAVIS BERNARD HILL (5), DAYNE NICHOLAS WALKER (6), | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine and Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| Defendants. | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to May 5, 2022, within the Southern District of California and elsewhere, defendants JORGE EMMANUEL BOJORQUEZ DE LA CRUZ, LUIGGE ALEXANDER COTA, MIGUEL BACILIO-GONZALEZ, KELLON CHRISTOPHER MCCAW, TRAVIS BERNARD HILL, and DAYNE NICHOLAS WALKER did knowingly and intentionally conspire with each other and other persons known and unknown to the grand jury, including Robert Lee Lewis, Jr. (charged elsewhere), to distribute 50 grams and more of methamphetamine (actual), and 500 grams and more of a mixture and substance containing a detectable amount of cocaine; both a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

MEH:nlv:San Diego:5/4/22

Count 2

On January 11, 2022, within the Southern District of California, defendant KELLON CHRISTOPHER MCCAW, did knowingly and intentionally possess with intent distribute 50 grams and more, to wit: approximately 4.29 kilograms (9.44 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853(a).

2. Upon conviction of one or more of the felony offenses alleged in Counts 1 and 2 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants JORGE EMMANUEL BOJORQUEZ DE LA CRUZ, LUIGGE ALEXANDER COTA, MIGUEL BACILIO-GONZALEZ, KELLON CHRISTOPHER MCCAW, TRAVIS BERNARD HILL, and DAYNE NICHOLAS WALKER, shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

//
//
//
//

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: May 5, 2022

RANDY S. GROSSMAN
United States Attorney

By: *[signature]*
MEGHAN HEESCH
JULIE BAUMAN
Assistant U.S. Attorneys